# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☒ Under Seal

**Judge Assigned:** LO

**Place of Offense:**

City: [blank]  **Superseding Indictment:** [blank]  **Criminal No.** 1:17 CR - 270

County: [blank]  **Same Defendant:** [blank]  **New Defendant:** [blank]

**Magistrate Judge Case No.** [blank]  **Arraignment Date:** [blank]

**Search Warrant Case No.** [blank]  **R. 20/R. 40 From:** [blank]

## Defendant Information:

**Defendant Name:** Ahmed Ameer Minni  **Alias(es):** [blank]  ☐ Juvenile  **FBI No.** [blank]

**Address:** XXXXXXXXXXXX, Alexandria, VA

**Employment:** [blank]

**Birth Date:** XX/XX/1989  **SSN:** XXX-XX-7865  **Sex:** Male  **Race:** White  **Nationality:** USA

**Place of Birth:** [blank]  **Height:** [blank]  **Weight:** [blank]  **Hair:** [blank]  **Eyes:** [blank]  **Scars/Tattoos:** [blank]

☒ **Interpreter**  **Language/Dialect:** [blank]  **Auto Description:** [blank]

## Location/Status:

**Arrest Date:** [blank]  ☒ Already in Federal Custody as of: [blank]  in: [blank]

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:** [blank]  ☐ Court Appointed  **Counsel Conflicts:** [blank]

**Address:** [blank]  ☐ Retained

**Phone:** [blank]  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis  **Phone:** (703) 299-3892  **Bar No.** 65055

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation, 601 4th Street NW, Washington, D.C., 20535, SA Bruce D. Schwindt

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2389A | Conspiracy To Provide Material Supp | 1 | Felony |
| Set 2: | 18 U.S.C. § 2339A | Attempting To Provide Material Supp | 2 | Felony |
| Date: | November 14, 2017 | **AUSA Signature:** [signature] | | *may be continued on reverse* |

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 2339B | Conspiracy To Provide Material Supp | 3 | Felony |
| Set 4: | 18 U.S.C. § 2339B | Attempting To Provide Material Sup | 4 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

District Court Case Number (to be filled by deputy clerk):

[Print Form] [Reset Form]

# Criminal Case Cover Sheet

**FILED:** REDACTED

☒ Under Seal

**U.S. District Court**

**Place of Offense:**

City: 

County: 

Superseding Indictment: 

Same Defendant: 

Magistrate Judge Case No. 

Search Warrant Case No. 

Judge Assigned: [signature]

Criminal No. 1:17 CR - 270

New Defendant: 

Arraignment Date: 

R. 20/R. 40 From: 

## Defendant Information:

**Defendant Name:** Ramy Said Zamzam
**Alias(es):** 
☐ Juvenile   FBI No.

**Address:** XXXXXXXXXXXXXX #918E, Washington, DC

**Employment:**

**Birth Date:** XX/XX/1987   **SSN:** XXX-XX-5998   **Sex:** Male   **Race:** White   **Nationality:** Egypt

**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☒ **Interpreter**   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☒ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis   **Phone:** (703) 299-3892   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation, 601 4th Street NW, Washington, D.C., 20535, SA Bruce D. Schwindt

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2389A | Conspiracy To Provide Material Supp | 1 | Felony |
| Set 2: | 18 U.S.C. § 2339A | Attempting To Provide Material Supp | 2 | Felony |
| Date: | November 14, 2017 | AUSA Signature: [signature] | | *may be continued on reverse* |

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 2339B | Conspiracy To Provide Material Sup... | 3 | Felony |
| Set 4: | 18 U.S.C. § 2339B | Attempting To Provide Material Sup... | 4 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

District Court Case Number (to be filled by deputy clerk):

Print Form     Reset Form

| Criminal Case Cover Sheet | FILED: REDACTED | | U.S. District Court |
|---|---|---|---|

**Place of Offense:** ☒ Under Seal    Judge Assigned: [signature]

City: ___    Superseding Indictment: ___    Criminal No.: 1:17 CR - 270

County: ___    Same Defendant: ___    New Defendant: ___

Magistrate Judge Case No.: ___    Arraignment Date: ___

Search Warrant Case No.: ___    R. 20/R. 40 From: ___

**Defendant Information:**

Defendant Name: Aman Hassan Yemer    Alias(es): ___    ☐ Juvenile  FBI No.: ___

Address: XXXXXXXXXXXXXXXXXX, Alexandria, Virginia

Employment: ___

Birth Date: XX/XX/1991    SSN: XXX-XX-0023    Sex: Male    Race: White    Nationality: USA

Place of Birth: ___    Height: ___    Weight: ___    Hair: ___    Eyes: ___    Scars/Tattoos: ___

☒ Interpreter  Language/Dialect: ___    Auto Description: ___

**Location/Status:**

Arrest Date: ___    ☐ Already in Federal Custody as of: ___  in: ___

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond ___

**Defense Counsel Information:**

Name: ___    ☐ Court Appointed    Counsel Conflicts: ___

Address: ___    ☐ Retained

Phone: ___    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): James P. Gillis    Phone: (703) 299-3892    Bar No.: 65055

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation, 601 4th Street NW, Washington, D.C., 20535, SA Bruce D. Schwindt

| J.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2389A | Conspiracy To Provide Material Supp... | 1 | Felony |
| Set 2: | 18 U.S.C. § 2339A | Attempting To Provide Material Sup... | 2 | Felony |
| Date: | November 14, 2017 | AUSA Signature: [signature] | | *may be continued on reverse* |

| District Court Case Number (to be filled by deputy clerk): | | | | |
|---|---|---|---|---|
| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
| Set 3: | 18 U.S.C. § 2339B | Conspiracy To Provide Material Sup... | 3 | Felony |
| Set 4: | 18 U.S.C. § 2339B | Attempting To Provide Material Sup... | 4 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form

# Criminal Case Cover Sheet

**FILED:** REDACTED   **U.S. District Court**

**Place of Offense:** ☒ Under Seal   **Judge Assigned:** LO

City:   Superseding Indictment:   **Criminal No.** 1:17 CR 270

County:   Same Defendant:   New Defendant:

Magistrate Judge Case No.   **Arraignment Date:**

Search Warrant Case No.   R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Umar Farooq Chaudry   Alias(es):   ☐ Juvenile   FBI No.

**Address:** XXXXXXXXXXXXX, Alexandria, VA

**Employment:**

**Birth Date:** XX/XX/1985   **SSN:** XX/XX/-8459   **Sex:** Male   **Race:** White   **Nationality:** Pakistan

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☒ **Interpreter**   Language/Dialect:   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☒ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis   **Phone:** (703) 299-3892   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation, 601 4th Street NW, Washington, D.C., 20535, SA Bruce D. Schwindt

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2389A | Conspiracy To Provide Material Supp | 1 | Felony |
| Set 2: | 18 U.S.C. § 2339A | Attempting To Provide Material Supp | 2 | Felony |
| Date: | November 14, 2017 | AUSA Signature: | | *may be continued on reverse* |

| District Court Case Number (to be filled by deputy clerk): | | | | |
|---|---|---|---|---|
| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
| Set 3: | 18 U.S.C. § 2339B | Conspiracy To Provide Material Sup | 3 | Felony |
| Set 4: | 18 U.S.C. § 2339B | Attempting To Provide Material Sup | 4 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

**Judge Assigned:** LO

City:

Superseding Indictment:

**Criminal No.** 1:17 CR 270

County:

Same Defendant:

New Defendant:

Magistrate Judge Case No.

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Waqar Hussain Khan  Alias(es):  ☐ Juvenile  FBI No.

**Address:** XXXXXXXXXX, Alexandria, VA

Employment:

**Birth Date:** XX/XX/1987  **SSN:** XXX-XX-3791  **Sex:** Male  **Race:** White  Nationality:

**Place of Birth:**  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:

☒ Interpreter  **Language/Dialect:**  Auto Description:

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

Name:  ☐ Court Appointed  Counsel Conflicts:

Address:  ☐ Retained

Phone:  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis  **Phone:** (703) 299-3892  **Bar No.** 65055

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation, 601 4th Street NW, Washington, D.C., 20535, SA Bruce D. Schwindt

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2389 | Conspiracy To Provide Material Sup... | 1 | Felony |
| Set 2: | 18 U.S.C. § 2339A | Attempting To Provide Material Sup... | 2 | Felony |
| Date: | November 14, 2017 | AUSA Signature: | | *may be continued on reverse* |

| | **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|---|
| | **District Court Case Number (to be filled by deputy clerk):** | | | | |
| Set 3: | | 18 U.S.C. § 2339B | Conspiracy To Provide Material Sup... | 3 | Felony |
| Set 4: | | 18 U.S.C. § 2339B | Attempting To Provide Material Sup... | 4 | Felony |
| Set 5: | | | | | |
| Set 6: | | | | | |
| Set 7: | | | | | |
| Set 8: | | | | | |
| Set 9: | | | | | |
| Set 10: | | | | | |
| Set 11: | | | | | |
| Set 12: | | | | | |
| Set 13: | | | | | |
| Set 14: | | | | | |
| Set 15: | | | | | |
| Set 16: | | | | | |
| Set 17: | | | | | |
| Set 18: | | | | | |
| Set 19: | | | | | |
| Set 20: | | | | | |
| Set 21: | | | | | |
| Set 22: | | | | | |
| Set 23: | | | | | |
| Set 24: | | | | | |
| Set 25: | | | | | |

Print Form     Reset Form

