IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 1:17cr270 |
| ) | **UNDER SEAL** |
| AHMED AMEER MINNI, et al ) | |
| ) | |
| Defendant ) | |

## AMENDED ORDER

Upon motion of the United States for the appointment of counsel for the defendants, and for the reasons given in the motion, (Dkt. 17) the Motion is **GRANTED**.

Counsel for the Defendants are appointed as follows:

Nina Ginsberg is appointed to represent Defendant Aman Hassan Yemer;

Jessica Carmichael is appointed to represent Ramy Said Zamzam;

Edward MacMahon is appointed to represent Ahmed Ameer Minni; and

The Federal Public Defender is appointed to represent Umar Farooq Chaudhry.

The Government has further moved the Court to partially unseal the Indictment so that it may be shared with counsel who are representing the Defendants. For good cause shown, the Motion (Dkt. 18) is **GRANTED**. It is **ORDERED** that the Indictment be unsealed for the limited purpose of providing it to Nina Ginsberg, Jessica Carmichael, the Federal Public Defender's Office, Edward B. MacMahon, and Pleasant Brodnax, counsel for the defendants. The indictment shall otherwise remain **SEALED**.

The Clerk is directed to provide a copy of this Order to counsel for the

government and to the newly appointed attorneys forthwith. A copy of this Order shall also be provided to Pleasant Brodnax, Esquire, who will represent Waqar Hussain Khan.

It is so **ORDERED.**

Alexandria, Virginia
December 17, 2019

/s/
Liam O'Grady
United States District Judge