IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>AMAN HASSAN YEMER, *et al.* )<br> )<br>**Defendant.** )<br> ) | Criminal No.  1:17-CR-270<br><br>Honorable Liam O'Grady |

## MOTION TO SET STATUS HEARING

Defendant, Aman Hassan Yemer, by counsel, moves this Honorable Court to set a status hearing as soon as the Court's docket permits, and for the entry of an Order either directing the United States to require a representative of the U.S. government to attend the defendant's hearing scheduled on or about March 6, 2021 in the Supreme Court of Pakistan, or alternatively, to dismiss the Indictment. In support of this Motion, Mr. Yemer states that (1) his mental and physical health remain critical and are continuing to deteriorate; and (2) he has no foreseeable prospects of repatriation.

Respectfully submitted,

AMAN HASSAN YEMER
By Counsel

/s/_____
Nina J. Ginsberg, Esquire
*Counsel for Defendant*
VSB # 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
703-684-4333 (Phone)
703-548-3181 (Fax)
nginsberg@dimuro.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                         /s/_____
                                         Nina J. Ginsberg, Esquire