IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 1:17-CR-270 |
| v. ) | |
| ) | Honorable Liam O'Grady |
| **AMAN HASSAN YEMER**, *et al.* ) | |
| ) | FILED UNDER SEAL |
| Defendant. ) | |
| ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS INDICTMENT

# FILED UNDER SEAL