IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-CR-270 (LMB) |
| v. ) | |
| ) | |
| AMAN HASSAN YEMER ) | |
| ) | |
| Defendant ) | |

### ORDER

Upon motion of United States of America, and for the reasons stated in its motion, it is hereby,

ORDERED that Counts One through Four of the indictment in this case as to the defendant, Aman Hassan Yemer, are dismissed with prejudice.

IT IS SO ORDERED.

Date: October 19, 2023

/s/ _____
Leonie M. Brinkema
United States District Judge