# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

Filed with the Classified
Information Security Officer
CISO _____
Date _____ 2/8/24

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:17-CR-270 (LO) |
| | ) | |
| AHMED AMEER MINNI, *et al,* | ) | |
| | ) | |
| Defendants. | ) | |

**(U//FOUO) DECLARATION IN RESPONSE TO**
**DEFENDANT YEMER'S MOTION FOR EMERGENCY RELEIF**